FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 26 2014

James N. Hatten, Clerk
By: /s/ AM Cauuel, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAFAEL ANTONIO SERRATO, | : | |
| Movant | : | CRIMINAL ACTION FILE NO. |
| | : | 1:93-CR-430-ODE-JSA |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| UNITED STATES OF AMERICA, | : | 1:14-CV-1871-ODE-JSA |
| Respondent | : | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed October 29, 2014 ("R&R") [Doc. 295]. No objections have been filed.

In the R&R, the Magistrate Judge recommends that Movant's § 2255 motion be dismissed for lack of jurisdiction or, in the alternative, as successive and/or untimely. The Magistrate Judge also recommends that a certificate of appealability be denied. The Magistrate Judge found several reasons why the instant petition should be dismissed, including that because Movant was no longer in federal custody when he filed the § 2255 motion, this Court lacks jurisdiction to entertain it.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 292] is DISMISSED for lack of jurisdiction, and a Certificate of Appealability is DENIED.

SO ORDERED, this __26__ day of November, 2014.

                                                               */s/ Orinda D. Evans*
                                                    ORINDA D. EVANS
                                                    UNITED STATES DISTRICT JUDGE